DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR SONIA TOPETE-DUENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00062-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | ORDER THEREON |
| SONIA TOPETE-DUENAS, | DATE: September 17, 2012<br>TIME: 1:00 PM |
| Defendant. | DEPT: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference presently scheduled before the Hon Sheila K. Oberto for September 17, 2012 at the hour of 1:00 PM be continued to October 15, 2012, at the hour of 1:00 PM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), and availability of counsel.

Dated: September 13, 2012.   BENJAMIN B. WAGNER, United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 13, 2012.
/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant TOPETE-DUENAS

Stipulation to Continue Status Conference and Order Thereon

| | |
|---|---|
| 1 | ORDER |

2  The parties' request for a continuance of the status conference which was accompanied by
3  the "Declaration of Daniel A. Bacon in Support of Stipulation to Continue Status Conference" is
4  GRANTED.

5  The parties are cautioned that any further request for an extension of time must be
6  supported by good cause and shall include a detailed explanation demonstrating due diligence,
7  including a description of what actions have been undertaken, and what further actions are needed,
8  to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

10 IT IS SO ORDERED.

11 **Dated:    September 14, 2012**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE