1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR SONIA TOPETE-DUENAS

5

6

7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )   NO. 1:12-cr-00062-LJO-SKO
12                                   )
                   Plaintiff,        )   DEFENDANT TOPETE-DUENAS'S
13                                   )   WAIVER OF APPEARANCE
              vs.                    )   AND ORDER THEREON
14                                   )
   SONIA TOPETE-DUENAS,              )   DATE:      September 17, 2012
15                                   )   TIME:      1:00 PM
                   Defendant.        )   DEPT:      Hon. Sheila K. Oberto
16 _____   )

17       Defendant Sonia Topete-Duenas hereby knowingly, voluntarily and intelligently

18 waives her right to be present at the status conference held on September 17, 2012 and

19 agrees to appear at the continued status conference presently scheduled for October 15,

20 2012 at 1:00 PM in the courtroom of the Hon. Sheila K. Oberto.

21       Defendant Sonia Topete-Duenas agrees that the delay resulting from the

22 continuance shall be excluded in the interests of justice, including, but not limited to, the

23 need for the period of time set forth herein for effective defense preparation pursuant to

24 18 U.S.C. Sections 3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

25       Executed this 13th day of September, 2012, at Los Angeles, California.

26

27                                   /s/ Sonia Topete-Duenas
                                     SONIA TOPETE-DUENAS
28

Executed this 13th day of September, 2012, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
SONIA TOPETE-DUENAS

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated:   **September 14, 2012**          /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE